November 10, 2023

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **DR. HAROLD R. WANLESS,**<br>1300 Campo Sano Ave, Coral Gables, FL 33146<br><br>**Petitioner,**<br><br>**JANET YELLEN, SECRETARY** in her official capacity<br>**U.S. DEPARTMENT OF THE TREASURY**<br><br>**FINANCIAL STABILITY OVERSIGHT COUNCIL**<br>1500 Pennsylvania Ave., NW, Wash., DC  20220<br><br>**Respondents.** | Civil Action No. _____<br><br>**MOTION FOR ATTORNEYS FEES;**<br>**REQUEST FOR DECLARATORY**<br>**JUDGMENT** |

# Motion for Attorneys Fees

1.  **Motion for $622,625 in Detailed Attorneys Fees due to Defendant's Long-term Bad Faith** which are within the discretion of this Court as an interim award, and specifically provided for since Defendant's longstanding bad faith caused this lawsuit.  Award of attorneys fees for bad faith are authorized by (1) the Supreme Court, (2) 28 U.S. Code § 2412(c)(2) where *"the US acted in bad faith, then the award shall be paid by any agency found to have acted in bad faith and shall be in addition to any relief provided in the judgment,"* and (3) by §220 on Attorneys Fees of DOJ's Civil Resource Manual also codifying this provision providing for attorneys fees against the US for bad faith.

2.  Petitioner respectfully requests attorneys' fees due to Defendant's bad faith Stonewall of nine communications to top management for 16 months on a preeminent matter of U.S. financial stability that Defendant has a top non-discretionary statutory duty to protect.  This includes Petitioner's 30-Day Notice of this lawsuit whereby Defendant's General Counsel Attorney with responsibility for the subject matter

in conference calls with Petitioner's attorneys, requested the Notice to his email, then in a subsequent call Stonewalled and (1) refused to discuss the Notice and whether it was received, (2) refused to identify another attorney to discuss the Notice with, (3) refused to discuss Treasury Order 107-04 stating the General Counsel accepts service, and (4) refused consider discussions that could preclude litigation.  These material facts are detailed in Petitioner's Attorneys Sept. 16, 2023 Affidavit that is part of this request for Declaratory relief and fees in the pleadings of this lawsuit.  The Supreme Court provides for attorneys fees for bad faith.  Chambers v. NASCO, Inc., 501 U.S. 32, 45 (1991).   Bad faith is defined as *"lack of diligence, purposeful failure to perform, and interference with the other party's ability to perform."*  Wright v. Howard Univ., 60 A.3d 749, 754 (D.C. 2013) cited in Camarada v. CERTIFIED FINANCIAL PLANNER BOARD OF STANDARDS, INC., at 3, No. 1:13-cv-00871 (D.C. Cir. Oct. 4, 2016).  There was by Treasury, clear and long-term purposeful failure to perform, and interference with Petitioner's and his counsel's ability to perform.  The fees were incurred because of, and solely because of, the misconduct at issue causing this lawsuit, and thus should be awarded.  Goodyear v. Haeger, S. Ct. No. 15-1406 (Apr. 18, 2017).

3. **The total hours / fees are detailed below, for a grand total of $622,625:**

- Attorney M. Italiano Total fees for 17 mos. = $529,140
  July 2022 – Nov. 7, 2023
- Attorney B. Davis Total Fees for 11 mos. = $63,600
  July 2022 – Sept. 2023
- Attorney C. Dillard Total Fees for 5 mos. = $29,885
  May 2023 – Sept. 2023

Due to the long-term refusal of Defendant to communicate at all, Defendant's position on this Motion for Attorneys Fees cannot be ascertained in order for the parties to ensure compliance with this Court's Rule.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully Submitted,

*Mike Italiano*

**Mike Italiano** DC Bar #411066, Member, D.C. District Court
mts@sustainableproducts.com
4919 Ashby St., NW, Wash., DC 20007
202-298-6556
**Attorney for Petitioner & Counsel of Record**

**Attorney Advisors**
**Brian H. Davis** MN Bar #0125714
brianhdavis@gmail.com
651-308-7141

**Carter Jefferson Dillard** DC & CA Bar #s 492945 & 206276

# Attorneys Hours / Fees

**Mike Italiano**, environmental & capital markets attorney & scientist with over 30 yrs. experience, DC Bar Member, & Counsel of Record for Petitioner litigation against U.S. Treasury for bad faith failure to act on Treasury top statutory duty to protect U.S. financial stability.

**July 2022**
Seven emails and calls to Treasury top management regarding available private sector financing need to preserve U.S. financial stability from impending collapse of Antarctic glaciers greatly accelerating sea level rise flooding.  Treasury was told that 29 years of NASA Jet Propulsion Lab & European Union ice-penetrating aerial imagery documented that protections from 2' of rise by 2030 are required to maintain commerce and national security at a calculated U.S. cost of about $5 trillion.  Treasury was also told that Massachusetts calculated protection costs using actual cost data are $326 billion, and South Florida is an imminent threat of financial contagion from coastal real estate devaluation due to porous bedrock preventing permanent engineering solutions.

Let Treasury know the glaciers' collapse according to NASA is *"explosive & disturbing."* Communications were repeatedly with Janet Yellen's Scheduler, General Counsel, Climate Counselor John Morton, & Rich Delmar, Chairman, statutory Inspector Generals Financial Stability Oversight Council.  Delmar forwarded the communications to Morton, the responsible official.  These communications also included the fact that higher-credit rated private financing is available through Green + Resilient Building Bonds providing cheaper capital and higher appraised value, that falls within Treasury's publicly announced high priority private financing for this purpose.  There were no responses at all to these communications.

Zoom calls with national green building and resilience leaders about the need to pursue litigation against Treasury to force deployment of its private sector financing program to pay for near term $multi-trillion resilience costs including for accelerating sea level rise flooding with $5 trillion in U.S. existing protection costs.  These leaders represented the American Institute of Architects (AIA), California AIA, Perkins&Will, HOK, Gensler, Victor Insurance that provides resilience coverage, and Amazon.

Emails & calls to Massachusetts Attorney General and Governor's Office, re Treasury

3

private sector financing to pay for Massachusetts calculated $326 billion in existing sea level rise flooding protection costs based on existing cost data and Surging Seas mapping.  Similar emails & calls to Chair, SF Fed, Maine & Washington Governors.

Calls with S&P regarding its threatened downgrade of Florida credit rating for lack of sea level rise flooding protection costs, and building owner CEO Summit to rapidly deploy the private financing.

Call Florida Pension retirees re reversing S&P State credit rating downgrade threat   Call with Raymond James re reversing downgrade threat with underwriting.

Discussed sea level rise flooding protection costs with Sen. Sheldon Whitehouse staff.  Emailed and called Rhode Island Governor Office regarding about $25 billion in RI sea level rise flooding existing protection costs.  Emailed & called Sierra Club national & DC and Florida chapters, Sen. Richard Blumenthal, & NY & CA Insurance Commissioners regarding Treasury private financing program for sea level rise flooding protections.

Sent media notices re 3.0 national consensus resilience underwriting standard re ability to pay for private sector sea level rise protection costs through Treasury program. Worked with PR firm and NJ Senate Majority Leader Bob Smith securing referral to NJ Governor Phil Murphy to use Treasury private sector financing program to pay for existing $50 billion in sea level rise flooding protection costs.

Calls and meetings with green building leaders concluding that Treasury private financing program was best means to pay for existing sea level rise flooding protection costs to preserve commerce and national security.

Paid Zoom info $5,000 for Building CEO contacts for CEO Summit to start higher-rated private sector financing for sea level rise flooding protection costs.  Called Treasury Climate Counselor John Morton re same.

Worked with Perkins&Will on 3.0 national consensus resilience underwriting standard for private financing.  Talked with Covington & Burling resilience attorney about pursuing private sector financing with or without Treasury.  Emailed Urban Land Institute regarding private financing.

Emails and calls with NJ PR Firm CEO and Brian Davis about contacting NJ Governor Phil Murphy re Treasury private financing need for accelerating sea level rise flooding protections. Zoom call with Brian Davis, Perkins&Will & investment banker re private sector financing with Treasury and draft letter to Gov. Gavin Newsom re same to protect U.S. financial stability from accelerating sea level rise flooding.

Emails and calls with Brian Davis to S. Florida republican leaders re private financing with Treasury to protect S. Florida economy from accelerating sea level rise flooding.

**112 hrs. @ $895/hr. = $100,240**

**August 2022**
Emails to multiple law firms requesting assistance with Treasury to rapidly deploy available private sector financing to preserve U.S. financial stability.

Called and emailed law firms to pursue Treasury private financing. Pursued Atelier Ten & NJ League of Conservation Voters support for meeting with NJ Governor Phil Murphy on private financing pursuant to referral to Governor from Senate Majority Leader Bob Smith. Responded to American National Standards Institute regarding American Petroleum Institute recusal in voting n preliminary 3.0 national consensus resilience underwriting standard. Call with Perkins&Will regarding 3.0 underwriting standard finalization for private financing.

Called S. Florida law firm with business relationship, about possible support in pursuing Treasury to deploy needed private financing.

Conference call with Brian Davis and S. Florida republicans on private financing need to support Treasury financing. Followed up with referral emails to republican law firms re same. Discussed Treasury private financing program and S. Florida need with representatives of S. Florida cities & Miami Beach and Miami Chambers of Commerce. Calls and emails re same with Amazon green building leader. Conference call on same with American Institute of Architects, Perkins&Will & 2030 green building challenge leaders. National consensus resilience underwriting calls with Perkins&Will for private financing.

Email and call with S. Florida Democratic commercial real estate attorney leader to support Treasury private financing. Call with Brian Davis and Miami Beach Chamber of Commerce attorney re Treasury private financing to pay S. Florida existing $90 billion in sea level rise flooding protection costs.

Conference call with Dodge Construction re Building Owner CEO Summit to start $multi-trillion, higher-rated Green + Resilience Financing market with or without Treasury. Calls with NJ Governor Phil Murphy staff regarding private sector protection financing with or without Treasury. Resent 3.0 underwriting standard media notices re final approval voting.

Emails and calls briefing U.S. General Services Administration / Federal green building leaders on sea level rise flooding protection need and Treasury private sector financing for this purpose. Email and call to S. Florida law firm Becker Lawyers expert in sea level rise flooding for interest in pursuing Treasury private financing, and same to Miami Waterkeeper.

Wrote to largest U.S. architectural firms informing them that their leading carrier Victor Insurance through its Resilience Policy, will deny coverage where buildings are not designed to protect against 2' minimum of sea level rise flooding by 2030, even if their clients refuse to pay. Email to S. Florida Chamber of Commerce attorney with list of building owners that would be interested in cheaper capital, higher appraised value, and resilience financing pursuant to a Treasury private sector financing program.

**61 hrs. @ $895/hr. = $54,595**

**September 2022**
Call with Perkins&Will re underwriting standard for private financing with or without Treasury. Conference calls with green building leaders on private sector financing. Sent Letter to CA Governor Gavin Newsom regarding private sector financing and CA and FL need & as a result, spoke with his Senior Climate Advisor.

Call with NJ PR Firm and Brian Davis regarding securing Governor Phil Murphy support

for financing with or without Treasury. Called and emailed Miami & S. Florida law firms re assistance with Treasury financing program. Calls with Perkins&Will re underwriting standard for private financing. Call with Gov. Gavin Newsom's Office re financing.

Calls & emails with Perkins&Will, American Institute of Architects leader and Brian Davis re support for Treasury financing. Emails and call with Perkins&Will Sustainability Chief on building owners that can lead private sector financing with Treasury. Re same, call with Seattle law firm representing buildings. Call NJ PR firm & Autocase re same. Call with NJ Urban Land Institute re Gov. Phil Murphy support for Treasury financing.

Conducted 3.0 resilience underwriting standard national public meeting for private financing. Calls with Sierra Club Florida Chapter re $90 billion in existing protection costs and available private financing.

With Brian Davis, sent agenda to NJ PR Firm for law firm seminar supporting Gov. Phil Murphy private resilience financing with Treasury. Worked with Brian Davis, NJ PR Firm, & Langan Engineering leaders on Law Firm Resilience Finance Seminar. Talked with NJ Urban Land Institute leaders re same. With Brian Davis, prepared document showing why leaders need to discuss protections from accelerating flooding threats, and sent to Greater Miami Chamber of Commerce attorney we work with & S. Florida republican leaders.

Call and email with H. Marlow, CEO of government relations firm on accelerating sea level rise flooding, re high priority Treasury protection financing program. Calls & emails with Autocase CEO re Treasury financing program. At referral of former South Miami Mayor, emailed and called S. Florida elected officials about Treasury financing. Emailed Florida Sierra Club leader at suggestion of Sierra Club attorney, re Treasury private financing for accelerating sea level rise flooding protections.

Call with Brian Davis re need for 30 Day Notice to Treasury of Petition on financing. Online meeting with Brian Davis and Perkins&Will re Gov. Phil Murphy support of Treasury financing.

**55 hrs. @ $895/hr. = $49,225**

**October 2022**
Calls with Perkins&Will re 3.0 underwriting financing standard, and call re resolving Standard voting results. Call with NJ Langan Engineering re law firm event to support NJ Jersey Governor Phil Murphy on Treasury financing.

Repeated emails and calls with AIA & Perkins&Will green building financing leaders re Treasury, & Sierra Club national, Connecticut Economic Development Office, AIA & Perkins&Will CEO re same. Calls with Brian Davis and NJ PR Firm re sending out notice for NJ Law Firm Seminar supporting NJ Governor Phil Murphy.

Calls & emails with Seattle law firm Chairman, representing building owners interested in starting private financing with Treasury. With Brian Davis, email to NJ PR firm about scheduling call to discuss sending invite to NJ law firms on seminar supporting Gov. Phil Murphy on required sea level rise flooding protections, and same with Langan Engineering management.

Secured referral from former South Miami Mayor to Sierra Club attorney who worked in Florida to assist with Treasury matter. Talked with this attorney who reached out to her Florida contacts to assist.

Prepared OpEd with Brian Davis published by NJ PR Firm newsletter, and sent to NJ law firms with Resilience Seminar invite in support of Gov. Phil Murphy.

With Brian Davis, prepared summary of 30-Day Notice of Petition for Review to Treasury. Sent to Florida environmental attorney for comment.

Email response to Amazon green building leader on how Green + Resilient financing provides cheaper capital & higher appraised value to building owners globally. Email to CT Economic Development Commissioner John Lehman, former Goldman Sachs commercial mortgage-backed securities (CMBS) Head, on supporting Treasury for private financing.

**30 hrs. @ $895/hr. = $26,850**

**November 2022**
Sent law firm event invites supporting Governor Phil Murphy & Treasury financing. Call CT Office of Economic Development re Treasury financing. Meetings with Perkins&Will Re resilience underwriting standard for private financing with Treasury. Convened Meeting with NJ law firms on private financing with Treasury, and talked with law firm environmental attorneys and Langan engineer re same.

Call with DC Bar Chair re law firm assistance program with Treasury, and meeting with DC Bar staff re same. Sent letter to Colliers and Boston Properties re financing with Treasury. Emailed Sierra Club top management re Treasury financing.

**25 hrs. @ $895/hr. = $22,375**

**December 2022**
Calls with NJ law firm environmental leader securing support for Gov. Phil Murphy support for Treasury private financing. Sent emails re same to NJ building leader.

Meeting with Gov. Newsom Senior Climate Advisor re private sector financing with Treasury. Call with former investment banker M. Beam re Treasury program. Call with Colliers & DC Bar re Treasury financing program.

Talked with DC Bar Chair about assistance with Treasury matter and was referred to DC Bar program head for nonprofit Member Assistance in securing Counsel. Prepared summary of need whereby for DC area alone $25 billion in existing accelerating sea level rise flooding protections as documented in DC AG's cost recovery suit against Exxon.

Identified for DC Bar that DC Water Blue Plains treatment plant on the Potomac across from National Airport, constructed 22' sea walls for accelerated sea level rise flooding protections. Upstream on the Anacostia, the Washington Naval Yard is constructing 14' protective sea walls, but as a side effect, these 14' walls will flood out adjacent SW DC residents, completely devaluing their homes

and destroying their household net worth.

Prepared letter with investment banker and sent to Colliers for
meeting with building owner clients on Treasury financing.  Sent
background to investment banker on Amazon green buildings to
refinance to start private financing market, and sent email to Amazon
on added financial value to Amazon of Treasury financing.  Sent background
on 5 Stone green buildings to investment banker for possible Treasury
financing support.

                  **26 hrs. @ $895/hr. = $23,270**

**January 2023**
Calls with & emails to Colliers re financing for Boston Properties, and prepared
slide for Boston Properties on financing benefits w/ Treasury, and sent to Colliers.
Emailed DC Bar re Treasury financing program.

                  **14 hrs. @ $895/hr. = $12,530**

**February 2023**
Call with Colliers re financing.  Meeting with DC Bar & Latham & Watkins formal
Engagement on pursuing national private sector financing with Treasury.  Calls and
meetings with Latham and Brian Davis on Treasury matter.  Revised summary of 30
Day Notice to Treasury.  Sent email on DC Bar Treasury matter to Latham&Watkins
with answers to questions.  Sent slide for Latham on higher-rated private financing
to Brian Davis for comment.  Follow-up call with Latham attorney on Treasury matter.

In response to request, sent Latham Administrative Record of Treasury matter (30-Day
Notice Exhibits 1-3).

                  **17 hrs. @ $895/hr. = $15,215**

**March 2023**
Calls with Latham & Watkins re Treasury Program.  Calls with DC Bar re administrative
matters for Latham engagement.  Meeting with Latham & Watkins attorneys & Brian Davis
on higher-rated Green + Resilient building bonds for Treasury private finance program.

Call with Latham Global Properties Director in NYC on Latham green building offices increased
attorney productivity gains and reduced sick leave.  Finalized slide with investment banker
on $500 million in expected five-year Latham revenue from its capital markets practice from
higher-rated Green + Resilient Building Bonds, & sent to Latham attorneys.  Call with
Latham on slide.

Call & follow-up email with Environmental Law Institute (ELI) attorney and Brian Davis
on ELI Law Firm Program for Treasury private financing & same with Stanford University.
Emailed inquiries to ELI attorney contacts for outside counsel program for Treasury matter.

At referral of Greater Miami Chamber of Commerce attorney, sent email to Miami-Dade Co.
Chief Bay Officer re Treasury private financing, based on $4 billion sewer connection need
for Miami Dade Co. septic tanks incapacitated from upwelling sea level rise flooding, releasing

nutrients to Biscayne Bay causing flesh-eating bacteria algal blooms.

Sent draft letter to Latham, for Boston Properties to start higher-rated financing market with Treasury for online meeting with Latham attorneys.  Email and call with Altisource Mortgage Originators re securing $400 million green building mortgage as higher-rated bond to start $multi-trillion private global financing market with Treasury.  Reviewed *"Can Florida Survive Climate"* article sent FYI by former Bank of America Business Capital CEO.

Sent email to Latham on its CMBS attorneys and sea wall construction for protections from accelerating sea level rise flooding in DC tidal areas of Potomac and Anacostia Rivers, plus Cadwalader experience with $5 billion of this green building financing that sold-out 10 times from unprecedented investor demand, providing owners cheaper capital / more bond proceeds.  Responded to Latham request to brief its real estate attorneys on Treasury financing, by sending Federal government report on Latham global green building office leadership increasing attorney productivity and thus Latham billable hours and profitability.

Emails to investment banker on (1) more data for Latham slide on added value of Treasury Financing, changing a substantial law firm cost center into a profit center, & (2) need to pivot from office market with substantial defaults from remote work, to multifamily apartment financing market which is very profitable.

Discussions with Brian Davis on Latham non-responsiveness and potential ethical issues with the DC Bar on potential withdrawal after clearing conflicts, engagement, and two months of work.

                      **32 hrs. @ $895/hr. = $28,640**

**April 2023**
Secured Petitioner Dr. Hal Wanless meeting standing requirements for Treasury matter.  Call with Latham attorney re Petitioner for Treasury matter.  Call with U.S. Green Building Council (USGBC) General Counsel re Treasury matter and benefits to USGBC green building certifications.

Email to Latham attorneys on firm revenue from Treasury financing program and request for Meeting.  Emailed DC Bar regarding Latham matter re Treasury.  Email to DC Bar Chair re Latham status and request for a call.  Calls with DC Bar leaders re Latham's unexplained withdrawal, suspected due to business conflicts.

Email communications with ELI attorney managing outside counsel program, on nature of higher-rated financing market.  Worked with DC Bar on substituting Orrick Law Firm for Latham.  Outreach to Orrick Law Firm re DC Bar law firm assistance program for Treasury matter.  Call with NYC Orrick attorney re same.

Emails with Treasury Petitioner and former So. Miami Mayor, re new published research showing historical glacier melt of 2,000 ft. / day that NASA calls *"alarming"* from glaciers lifting off ocean floor from above freezing ocean waters, which is happening now in Antarctica.

                      **18 hrs. @ $895/hr. = $16,110**

**May 2023**

Calls with DC Bar law firm leaders re engagement for Treasury matter, & Chesapeake Bay Foundation re referrals to law firms re same. Emails and calls with Orrick NYC attorney re Treasury matter and starting financing market with Westbank.

Emails & calls with Chesapeake Legal Alliance and Environmental Law Institute attorneys re their law firm program & Treasury matter. Call with Attorney Carter Dillard re assistance re Treasury matter.

Sent draft email for Orrick NYC attorney to send to NYC capital markets attorneys re Treasury matter. Scheduled zoom with Orrick Structured Finance Head on Treasury financing. Email introduction of investment banker to NYC Orrick attorney.

Calls and emails with Carter Dillard on Treasury financing global reach & documented ability to solve Climate Crisis through large scale carbon pollution reductions.

Calls and emails with MAXEX on green mortgage origination for Treasury financing. Emails to five law firms for assistance with Treasury matter.

**14 hrs. @ $895/hr. = $12,530**

**June 2023**
Calls & emails with Orrick NYC capital markets and marketing attorneys re Treasury matter. Email with Orrick on outreach to $30 billion green building developer Westbank to start financing market. Calls and zoom meeting with Offit Kurman Law Firm re DC Bar law firm assistance program for Treasury matter, & developed talking points on same with Brian Davis. Sent slides on substantial revenue to Offit and Orrick from Treasury matter. Call with Carter Dillard re Treasury matter.

Call with Stanford U. Law School re legal assistance re Treasury matter. Emails to & meeting with Offit Kurman Practice Head securing Offit Kurman engagement for DC Bar law firm assistance program for Treasury matter. Emails to Orrick attorney re Treasury matter & meeting with Orrick NYC mortgage backed securities attorneys re Treasury matter. Email to Paul Geller at Robbins Geller re assistance with Treasury matter.

Prepared conflict of interest recusal request successfully executed against American Petroleum Institute (API) for initial voting relating to 3.0 national consensus resilience underwriting standard. The standard was offered to be used with Treasury for green + resilient private bonds that can rapidly deploy available investor assets for protections. API did not dispute its existing $5 trillion U.S. sea level rise flooding protection costs as an API contingent liability.

Calls and emails with Stanford Law School attorney on attorney assistance program For Treasury matter. Email to Westbank Partner on higher-rated green financing providing added $165 million for Westbank San Jose $2 billion in zero operating carbon emission projects.

Incorporated Brian Davis comments on Treasury 30-Day Notice, & sent him email on inability of S. Florida permanent engineering solutions for sea level rise flooding protections due to porous bedrock. Developed 15 page 30-Day Notice to Treasury of Petition to Review and sent with three exhibits of administrative record to lead attorney with Offit, including well-documented facts showing imminent S. Florida

contagion threat from accelerating S. Florida sea level rise flooding, jurisdiction, standing, venue, legal violations from Treasury's top statutory duty and failure to act.

Email to Offit, Brian Davis, & Carter Dillard on 30-Day Notice &, (1) U.S. Senators request to Treasury to initiate financing, (2) need for about $90 billion in S. Florida protections to stop contagion and extend real estate life, (3) how financing can achieve IPCC Planetary 2030 Climate Crisis Deadline preserving commerce, national security, near term cost-effective resilience & a habitable Planet, & (4) what steps could be taken with Treasury to start the financing. Sent edits on 30-Day Notice to Treasury to Offit.

Communications with Carter Dillard on Florida Petitioners. Sent 30-Day Notice to S. Berman at Hagens Berman for referral to law firms, and same to three other firms at suggestion of P. Geller at Robbins Geller.

Incorporated suggested changes on 30-Day Notice by Petitioner.

                                                **63 hrs. @ $895/hr. = $56,385**

**July 2023**
Meeting with Fleming Law, Petitioner and Brian Davis re filing 30 day Notice to Treasury of Intent to File. Call with Carter Dillard re law firms to assist w/ Treasury matter. Meeting with Evans & Page and Greenfire law firms with Carter Dillard & Brian Davis on 30-Day Notice to Treasury.

Communications with Petitioner including email to Board Member of Miami Waterkeeper assistance with Treasury matter. Call with Orrick NYC attorney re starting financing, and sent draft email for Orrick real estate practice head. Sent 30-Day Notice to Carter Dillard for recruiting law firms, & same to Greenfire firm. Sent draft letter to Carter Dillard to B. Bernanke on imminent s. Florida contagion threat.

Recruited former Idaho AG & Supreme Court Chief Justice Jim Jones to help with Treasury. Jones is also an Opinion Contributor including on climte, to *The Hill*. Sent Jones draft 30-Day Notice transmittal letter to Treasury and secured his comments.

                                                **19 hrs. @ $895/hr. = $17,005**

**August 2023**
Calls with former Idaho AG & Supreme Court Justice Jim Jones on assistance with Treasury matter. Research on Warburg Pincus and U.S. financial stability leadership. Meeting with Orrick attorneys including real estate practice head re starting financing with or without Treasury. Meeting with Carter Dillard and Brian Davis on next steps with Treasury.

Email and calls to B. Bernanke re U.S. financial stability threat and Treasury private Financing solution. At Jim Jones' suggestion, prepared a slide showing the Unacceptable imminent threat to U.S. financial stability, available global private sector financing solution, and U.S. and societal benefits including financial.

Emails with Carter Dillard re former Orrick attorney assistance re Treasury financing.

Participated in zoom call re same. Drafted letter to Robbins Geller attorneys regarding requested support for Treasury matter and sent to Jim Jones for comment. Email to Montana Senator Jon Testor with financial stability oversight responsibility, on Treasury Private financing.

Emails with Carter Dillard on potential Greenfire Law Firm interest in sending 30-Day Notice to Treasury. Sent updated 30-Day Notice to Carter Dillard to send to Greenfire. Emails to Labaton Law Firm re Treasury matter participation. Sent slides to Carter Dillard for former Orrick attorney on Treasury matter support. With Carter Dillard, sent emails to Greenfire Law Firm answering questions on 30-Day Notice to Treasury. Sent summary slide on Treasury matter to Carter Dillard and Greenfire. Sent email to Greenfire & Evans and Page Law Firms on deadline for sending 30-Day Notice to Treasury, copying Carter Dillard.

Meeting with Orrick Real Estate Head re Westbank starting the private sector financing market and need to respond to Westbank inquiry re same. Obtained comments from Carter Dillard, on Bernanke / Geithner letter to protect U.S. financial stability from accelerating sea level rise flooding with Treasury high priority private financing program for this purpose. Sent Bernanke / Geithner letter with revisions to Greenfire Law Firm. Reviewed Greenfire engagement agreement on Treasury matter with comments to Carter Dillard. Meeting with Carter Dillard & Brian Davis on sending 30-Day Notice to treasury without Greenfire Law Firm. Made change in footnote on 30-Day Notice to Treasury in response to Brian Davis comment. Call with Carter Dillard re Greenfire comments on 30-Day Notice to Treasury. Emailed documents to be included in 30-Day Notice to Treasury, to Jim Jones, Brian Davis & Carter Dillard. Meeting with Carter Dillard & Brian Davis on submitting 30-Day Notice to Treasury deciding that Notice will be sent by Dillard.

Sent letters to B. Bernanke and Tim Geithner re Treasury private financing program to Protect U.S. financial stability. Call with EPA Administrator Office re same.

**41 hrs. @ $895/hr. = $36,695**

**September 2023**
Prepared analysis showing that EPA, Urban Land Institute, and Capital Markets Partnership all have seven essential skill sets and expertise for rapidly deploying private financing for sea level rise flooding protections to prevent financial contagion, and Treasury has none.

Email and call to EPA Deputy Chief of Staff re Treasury 30-Day Notice and possible EPA Support as a Treasury Climate Advisor. EPA decided that it would participate in Treasury accelerating sea level rise flooding protection financing matter when Treasury responds to 30-Day Notice.

Calls to Bernanke and Geithner re receipt of letter to them on U.S. financial stability threat from accelerating sea level rise flooding. Email briefing of Senator Sheldon Whitehouse and staff on 30-day Notice to Treasury.

Calls with Atelier 10 to reach out to Westbank client to start the private sector financing. Calls with EPA including Energy Star Buildings re accelerating sea level rise flooding threat and available large scale private financing for protections. Sent Dentons law firm agreement on private green building financing to Orrick for its consideration.

Email and call Urban Land Institute EVP re Treasury private financing program. Sent email to Carter Dillard, Brian Davis, & Jim Jones re Treasury General Counsel Office contacts to call re receipt of 30-Day Notice and Treasury Order stating that General Counsel Office accepts service.  Call with Carter Dillard re 30 day notice to Treasury.

Conference calls with Treasury attorney Mark Schlegel on 30 day notice transmittal, by M. Italiano, Brian Davis & Carter Dillard, whereby Schlegel stated he could not talk about whether he received the 30-Day Notice that he asked be sent to him by email, that there was not other attorney in the General Counsel's Office to discuss this with, that he also couldn't talk about the Treasury Directive requiring the Office of General Counsel to accept service, and that we should send another email.

Emails & calls with CFO of S. Florida $20 billion financial institution re financial contagion threat from imminent devaluation of S. Florida coast real estate from accelerating sea level rise flooding, & Treasury private financing program for protections.

Call with Urban Land Institute EVP on private sector financing & sent slide on financing solution to unacceptable threat to U.S. financial stability and private financing solution. Call to Real Estate Roundtable attorney re private financing need & Treasury Program. Meeting with Atelier 10 re Green + Resilient Building bonds with client Westbank.  Calls to many attorneys for sponsorship to become Member of D.C. District Ct.  Call with Jim Jones re Treasury.

Finalized Declaration / Affidavit executed by M. Italiano, Carter Dillard & Brian Davis on emails to and calls with Treasury Office of General Counsel attorney Mark Schlegel on his refusal to discuss receipt of 30-Day Notice he requested we send him, that no other Treasury attorney could discuss this, and his refusal to discuss Treasury Directive requiring Office of General Counsel to accept service.  Declaration documented this continuation of bad faith acts by Treasury and in effect, Treasury's termination of the 30-Day notice it requested, thus allowing filing a Petition for Review at any time.

Determined that DOJ policy states that service to Treasury is effective by registered mail. Sent 30 day notice to Treasury via registered mail insured for $5,000.  Received registered mail Confirmation of delivery of 30-Day Notice to Treasury.

Prepared 1st Draft of 10 page Petition for Review & Declaratory Judgment to Treasury & sent to Brian Davis & Carter Dillard for comment.  Call with Carter Dillard on his role as Attorney Advisor on Treasury matter.   Sent Petition to Petitioner for review and secured Petitioner's Approval for filing with Treasury.

Prepared draft press release and sent to Jim Jones with draft transmittal to Treasury Climate Counselor, which Jones sent requesting that Counselor participate in discussions on avoiding imminent threat to U.S. financial stability, to which Treasury did not respond.

Prepared OpEd on need for Treasury private financing execution as top statutory duty to stop imminent threat to U.S. financial stability for Jim Jones publication in The Hill as its Opinion Contributor. Sent to Petitioner and five others for their review, engaged editor for revisions, and secured their approvals as co-authors.

Reviewed Washington Post article with Petitioner and Phil Stoddard on NASA JPL quote that large global glaciers are melting from warm ocean waters lifting them off the ocean

floor, like what happed 15,000 yrs. ago from new discovery that glacier melt was 2,000 feet in one day, which could be 132 miles in one year. If this happens at Thwaites which is holding back other Antarctic glaciers from irreversible collapse, there could be more than six feet of sea level rise flooding in one year, due to NASA JPL Thwaites impending Collapse Schematic sent to Treasury top management in the 30-Day Notice.

Sent Petition for Review for Treasury final action, to Petitioner and phone conversation.

**93 hrs. @ $895/hr. = $83,235**

**October 2023**
Conversations with leading South Florida financial institutions about stopping adverse impacts to South Florida economy from imminent devaluation of South Florida coastal real estate from lack of accelerating sea level rise flooding Protections. Discussed Treasury's private sector financing solution and interest in pursuing with Urban Land Institute S. Florida and Greater Miami Chamber of Commerce.

Emails and calls with attorneys for sponsorship as a Member of D.C. District Ct. Call former South Florida Mayor P. Stoddard re OpEd on Treasury private financing. Meetings with PR firms on publication of OpEd on Treasury financing Need. Worked with Phil Stoddard and submitted to Miami Herald Editor, article: *"Sea Level Rise Will Affect 4 Out of 5 Miami Residents, Even Those Living Outside of Flood Zones,"* as part of OpEd publication consideration.

**9 hrs. @ $895/hr. = $8055**

**November 2023**
Prepared list of pleadings for filing with U.S. DC District Court & motion for attorneys fees for well-documented Treasury bad faith for failing to address top statutory duty to protect U.S. financial stability from accelerating sea level rise flooding, which can be done with Treasury's high priority private sector financing program. Finalized Motion for Hearing on Injunctive Relief, and Declaratory Judgment. Filed with the Court and by registered mail.

**63 hrs. @ $895/hr. = $56,385**

**Attorney M. Italiano Total fees for 17 mos. = $529,140**
July 2022 – Nov. 7, 2023

# Brian Davis, environmental attorney with over 30 yrs. experience, MN Bar Member, &
Attorney Advisor for Petitioner litigation against U.S. Treasury for bad faith failure to act on Treasury top statutory duty to protect U.S. financial stability.

**July 2022**
Through multiple emails and calls, secured support of NJ PR firm & set up meeting with NJ Senate Majority Leader Bob Smith on NJ existing $50 billion in sea level

14

rise flooding protection costs.  Secured Sen. Smith's support who made referral to NJ Governor Phil Murphy regarding Treasury private sector sea level rise flooding protection costs.  Mike Italiano assisted.

Zoom call with M. Italiano, Perkins&Will & investment banker re private sector financing with Treasury and draft letter to Gov. Gavin Newsom re same to protect U.S. financial stability from accelerating sea level rise flooding.

Emails and calls with M. Italiano to S. Florida republican leaders re private financing with Treasury to protect S. Florida economy from accelerating sea level rise flooding.

**19 hrs. @ $795 / hr. = $15,105**

**August 2022**
Conference call with M. Italiano and S. Florida republicans on private financing need to support Treasury financing.  Call with M. Italiano and Miami Beach Chamber of Commerce attorney re Treasury financing to pay S. Florida existing $90 billion in sea level rise flooding protection costs.

**2 hrs. @ $795 / hr. = $1590**

**September 2022**
Call with NJ PR Firm and M. Italiano regarding securing Governor Phil Murphy support for financing with or without Treasury.  With M. Italiano, sent agenda to NJ PR Firm for law firm seminar supporting Gov. Phil Murphy private resilience financing with Treasury. Worked with M. Italiano, NJ PR Firm, & Langan Engineering on Law Firm Resilience Finance Seminar.  With M. Italiano, prepared document showing why leaders need to discuss protections from accelerating flooding threats and sent to Greater Miami Chamber of Commerce attorney we work with and S. Florida Republican leaders.

Online meeting with M. Italiano and Perkins&Will re Gov. Phil Murphy support of Treasury financing.

**7hrs. @ $795 / hr. = $5565**

**October 2022**
With M. Italiano, calls & emails to NJ PR Firm to send Invite to NJ law firms supporting Gov. Phil Murphy support of Treasury financing, & same with Langan Engineering management, & reviewed and transmitted Invite to NJ law firms on Resilience Seminar in support of Gov. Phil Murphy support of Treasury financing.  Prepared OpEd with M. Italiano published by NJ PR Firm newsletter, and sent to NJ law firms with Resilience Seminar invite in support of Gov. Phil Murphy financing efforts with Treasury.

With M. Italiano, prepared summary of 30-Day Notice of Petition for Review to Treasury.

**11 hrs. @ $795 / hr. = $8745**

**February 2023**
Participate in calls and meetings with Latham & Watkins and M. Italiano on Treasury matter via DC Bar outside counsel program.  Sent comments to M. Italiano on higher-rated financing slide for Latham&Watkins as counsel secured through DC Bar program.

**2 hrs. @ $795 / hr. = $1590**

15

**March 2023**
Meeting with Latham & Watkins attorneys & M. Italiano on higher-rated Green + Resilient building bonds for Treasury private finance program.

Call with Environmental Law Institute (ELI) attorney and M. Italiano on ELI Law Firm Program for Treasury private financing.

Discussions with M. Italiano on Latham non-responsiveness and potential ethical issues with the DC Bar on potential withdrawal after clearing conflicts, engagement, and two months of work.

**3 hrs. @ $795 / hr. = $2385**

**April 2023**
Email communications with ELI attorney managing outside counsel program, on nature of higher-rated financing market.  Worked with DC Bar on substituting Orrick Law Firm for Latham.  Outreach to Orrick Law Firm re DC Bar law firm assistance program for Treasury matter.

**2 hrs. @ $795 / hr. = $1590**

**June 2023**
Calls and zoom meeting with Offit Kurman Law Firm re DC Bar law firm assistance program for Treasury matter, & developed talking points on same with M. Italiano. Sent slides on substantial revenue to Offit and Orrick from Treasury matter.  Call with Carter Dillard re Treasury matter.  Sent comments to M. Italiano on Treasury 30-Day Notice, & communicated on inability of S. Florida permanent engineering solutions for sea level rise flooding protections due to porous bedrock.

**7 hrs. @ $795 / hr. = $5565**

**July 2023**
Meeting with Fleming Law, Petitioner and M. Italiano re filing 30 day Notice to Treasury of Intent to File.  Meeting with M. Italiano re law firms to assist w/ Treasury matter. Meeting with Evans & Page and Greenfire law firms with M. Italiano & Carter Dillard on 30-Day Notice to Treasury.

**4 hrs. @ $795 / hr. = $3180**

**August 2023**
Meeting with Carter Dillard and M. Italiano on next steps with Treasury.  Provided comments on slide suggested by Jim Jones, showing the unacceptable imminent threat to U.S. financial stability, available global private sector financing solution, and U.S. and societal benefits including financial.  Meeting with M. Italiano & Carter Dillard on sending 30-Day Notice to treasury without Greenfire Law Firm.  Recommended change in footnote on 30-Day Notice to Treasury to M. Italiano.

Meeting with Carter Dillard & M. Italiano on submitting 30-Day Notice to Treasury, deciding that Notice will be sent by Dillard.

**6 hrs. @ $795 / hr. = $4770**

**September 2023**
Conference calls with Treasury attorney Mark Schlegel on 30 day notice transmittal, by M. Italiano, Brian Davis & Carter Dillard.  Calls to EPA Administrator Office Deputy Chief of Staff re Treasury 30-Day Notice and possible EPA support as a Treasury Climate

16

Advisor.

Finalized Declaration / Affidavit executed by M. Italiano, Carter Dillard & Brian Davis on emails to and calls with Treasury Office of General Counsel attorney Mark Schlegel on his refusal to discuss receipt of 30-Day Notice he requested we send him, that no other Treasury attorney could discuss this, and his refusal to discuss Treasury Directive requiring Office of General Counsel to accept service.  Declaration documented this continuation of bad faith acts by Treasury and in effect, Treasury's termination of the 30-Day notice it requested, thus allowing filing a Petition for Review at any time.

Provided comments on 1st Draft of 10 page Petition for Review & Declaratory Judgment to Treasury.

**17 hrs. @ $795 / hr. = $13,515**

**Attorney B. Davis Total Fees for 11 mos. = $63,600**
July 2022 – Sept. 2023

# Carter Dillard
environmental attorney & DC Bar Member with over 20 years experience, & Attorney Advisor for Petitioner litigation against U.S. Treasury for bad faith failure to act on Treasury top statutory duty to protect U.S. financial stability.

**May 2023**
Calls & emails with Attorney M. Italiano re assistance re Treasury matter, including financing global reach & documented ability to solve Climate Crisis through large scale carbon pollution reductions.

**2 hrs. @ $695 / hr. = $1390**

**June 2023**
Call with M. Italiano & Brian Davis re Treasury matter.  Communications with M. Italiano on Florida Petitioners.

**3 hrs. @ $695 / hr. = $2085**

**July 2023**
Call with M. Italiano re law firms to assist w/ Treasury matter.  Sent 30-Day Notice to Treasury to law firms interested in assisting.  Meeting with Evans & Page and Greenfire law firms with M. Italiano & Brian Davis on 30-Day Notice to Treasury, & communications with other firms.

**14 hrs. @ $695 / hr. = $9730**

**August 2023**
Meeting with M. Italiano and Brian Davis on next steps with Treasury.  Emails with M. Italiano re former Orrick attorney assistance re Treasury financing, & scheduled and participated in zoom call re same.  Emails with M. Italiano on potential Greenfire Law Firm interest in sending 30-Day Notice to Treasury, and inquiry with Greenfire re same.  With M. Italiano, sent emails to Greenfire Law Firm answering questions on 30-Day Notice to Treasury.  Sent comments to M. Italiano on Bernanke / Geithner letter to protect U.S. financial stability from accelerating sea level rise flooding with Treasury high priority private financing program for this purpose.

Reviewed Greenfire engagement agreement on Treasury matter with comments to M. Italiano. Meeting with M. Italiano & Brian Davis on sending 30-Day Notice to treasury without Greenfire Law Firm.  Call with M. Italiano re Greenfire comments on 30-Day Notice to Treasury.  Meeting with Carter Dillard & Brian Davis on submitting 30-Day Notice to Treasury deciding that 30-Day Notice will be sent by Dillard.

Sent 30-Day Notice to Treasury with copies to Geithner, Bernanke, VP Kamala Harris, Rich Delmar & Jim Jones.

**17 hrs. @ $695 / hr. = $11,815**

**September 2023**
Call with M. Italiano re 30 day notice to Treasury.  Conference calls with Treasury attorney Mark Schlegel on 30 day notice transmittal, by M. Italiano, Brian Davis & Carter Dillard.

Finalized Declaration / Affidavit executed by M. Italiano, Carter Dillard & Brian Davis on emails to and calls with Treasury Office of General Counsel attorney Mark Schlegel on his refusal to discuss receipt of 30-Day Notice he requested we send him, that no other Treasury attorney could discuss this, and his refusal to discuss Treasury Directive requiring Office of General Counsel to accept service.  Declaration documented this continuation of bad faith acts by Treasury and in effect, Treasury's termination of the 30-Day notice it requested, thus allowing filing a Petition for Review at any time.

Call with M. Italiano on Carter Dillard role as Attorney Advisor on Treasury matter.

**7 hrs. @ $795 / hr. = $4865**

**Attorney C. Dillard Total Fees for 5 mos. = $29,885**
May 2023 – Sept. 2023

18