December 12, 2023

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DR. HAROLD R. WANLESS**<br><br>          **Petitioner,**<br><br>**JANET YELLEN, SECRETARY** in her official capacity<br><br>**U.S. DEPARTMENT OF THE TREASURY**<br><br>**FINANCIAL STABILITY OVERSIGHT COUNCIL**<br><br>          **Respondents.** | Civil Action No. 1:23-cv-03416-JMC<br><br><u>**CERTIFICATE OF SERVICE**</u><br>**DECLARATORY JUDGMENT**<br>**TO STOP IMMINENT THREAT TO**<br>**U.S. FINANCIAL STABILITY;**<br>**MOTIONS FOR HEARING &**<br>**ATTORNEYS FEES** |

  Pursuant to §44 of DOJ Civil Resource Manual (SERVICE ON GOVERNMENT OFFICERS IN OFFICIAL CAPACITY, AGENCIES), Fed. R. Civ. P. 4(i)(2), 28 U.S. §1391(e)(3), and 39 CFR §491.2, service of this Declaratory Judgment action upon a Federal Agency officer, in his/her official capacity is accomplished by registered mail to the officer or agency.  *"Failure to prove service does not affect the validity of service."* Fed. R. Civ. P. 4(l)(3).

  Service of this Declaratory Judgment action was made by registered mail to the U.S. Treasury Department, November 13, 2023 & by email, with Register Mail delivery to Treasury on Dec. 1, 2023 at 3:36 am. as shown in the Registered Mail delivery receipt below.

# Registered Mail Delivery Insured for $5,000

        Janet Yellen, Secretary
        U.S. Department of the Treasury
        Financial Stability Oversight Council
        1500 Pennsylvania Avenue NW, Washington, DC 20220

## Additional Delivery

At the request of U.S. Treasury Attorney Mark Schlegel in the Office of the General Counsel during a phone conference call of attorneys of the parties on September 7, 2023, delivery was also requested by email to Eric.Nguyen2@treasury.gov,  Mark.Schlegel@treasury.gov.  Mr. Schlegel is identified as "Attorney-Advisor"

to Treasury's Climate-related Financial Risk Advisory Committee of the Financial Stability Oversight Council, in the Committee's March 7, 2023 Minutes on Treasury's website.



Attested under penalty of perjury & respectfully submitted by:

*Mike Italiano*

**Mike Italiano** DC Bar #411066, Member, D.C. District Ct.
mts@sustainableproducts.com
4919 Ashby St., NW, Wash., DC 20007
202-298-6556

**Attorney for Petitioner & Counsel of Record**

**Attorney Advisors**

*Brian Davis*

**Brian H. Davis** MN Bar #0125714
brianhdavis@gmail.com
651-308-7141

**Carter Jefferson Dillard** DC & CA Bar #s 492945 & 206276
Bar #s 492945 & 206276